UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DMITRY OKRAYNETS and TATANIA OKRAYNETS        08 Civ. 0127

                    Plaintiffs,        **NOTICE OF APPEARANCE**

      -against-

THE CITY OF NEW YORK, METROPOLITAN
TRANSPORTATION AUTHORITY, MTA NEW
YORK CITY TRANSIT, MTA CAPITAL
CONSTRUCTION COMPANY, and
NEW YORK CITY TRANSIT AUTHORITY

                    Defendants.

------------------------------------------------------------------x

Please take notice that the undersigned appears herein as counsel for the plaintiff and demands that all papers served herein be served upon them.

Dated: New York, New York
       January 15, 2008

                                JAROSLAWICZ & JAROS, LLC
                                Attorneys for Plaintiffs
                                225 Broadway, 24th Floor
                                New York, New York 10007
                                (212) 227-2780

                                By:   s/David Jaroslawicz
                                       *David Jaroslawicz (6931)*

TO:

WILSON ELSER MOSKOWITZ
 EDELMAN & CIKER, LLP
Attorneys for Defendants
3 Gannett Drive
White Plains, New York 10604-3407
(914) 323-7001