UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

DMITRY OKRAYNETS and TATANIA OKRAYNETS          08 Civ. 0127

                 Plaintiffs,          **<u>JURY DEMAND</u>**

     -against-

THE CITY OF NEW YORK, METROPOLITAN
TRANSPORTATION AUTHORITY, MTA NEW
YORK CITY TRANSIT, MTA CAPITAL
CONSTRUCTION COMPANY, and
NEW YORK CITY TRANSIT AUTHORITY

               Defendants.

-------------------------------------------------------------------------x

COUNSELORS:

     PLEASE TAKE NOTICE, that plaintiff in the above matter hereby demand a trial by jury.

This is being served without prejudice to plaintiff's motion to remand but is simply to protect

plaintiff's right to a jury trial.

Dated:  New York, New York
       January 15, 2008

                        JAROSLAWICZ & JAROS, LLC
                        Attorneys for Plaintiffs
                        225 Broadway, 24th Floor
                        New York, New York 10007
                        (212) 227-2780

                        By:    s/David Jaroslawicz
                              *David Jaroslawicz (6931)*

TO:

WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER, LLP
Attorneys for Defendants
3 Gannett Drive
White Plains, New York 10604-3407
(914) 323-7001