USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

*Bradley A. Sacks*

ATTORNEY AT LAW

225 BROADWAY - 24ᵀᴴ FLOOR
NEW YORK, N.Y. 10007

TEL (212) 349-6171
FAX (212) 349-6240
bsacks@sackslaw.org

June 3, 2008

**MEMO ENDORSED**   *OK*

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

*Colleen McMahon*
6/9/08

Re: Okraynets v. Metropolitan Transportation Authority, et al.
Docket # 06 CV. 7910 (CM)(HBP) and 08 CV. 0127 (CM)

I am trial counsel to Jaroslawicz & Jaros, attorneys for the plaintiffs herein. Attached please find a copy of the letter and affidavits executed by the plaintiff Dmitry Okraynets and Tatyana Okraynets (s/h/a Tatiana Okraynets) consenting to the remittitur directed in the decision and order of Judge Colleen McMahon dated May 21, 2008.

I will be in contact with defense counsel to continue to attempt to resolve the collateral source issues within prior to June 20, 2008 and will advise the Court as to any progress.

Thank you for your continuing courtesy and attention to this matter.

Very truly yours,

Bradley A. Sacks

BAS:mk
Enclosures
cc:/    Joseph A. D'Avanzo, Esq.
        Wilson Elser, LLP by email and First Class Mail