UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————— X

DMITRY OKRAYNETS and TATANIA OKRAYNETS,    06 Civ. 7910 (CM)(HBP)
08 Civ. 0127

Plaintiff,

-against-

THE CITY OF NEW YORK, METROPOLITAN
TRANSPORTATION AUTHORITY, MTA NEW YORK
CITY TRANSIT, MTA CAPITAL CONSTRUCTION
COMPANY, and NEW YORK CITY TRANSIT
AUTHORITY,

Defendants.

————————————————————————— X

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/4/08

## CONSENT TO THE EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE

   In accordance with the provisions of 28 U.S.C. §636c and Fed.R.Civ.P. 73, consistent with the order of Reference filed July 7, 2008 by the Hon. Colleen McMahon, USDJ, the parties in this case consent to have a United States Magistrate Judge  conduct any and all proceedings necessary to hear and determine the NY CPLR §4545(c) Collateral Source offset, including amount and method of calculation regarding the Social Security Disability payments received by Dmitry Okraynets as an offset in the judgment to be entered for the damages category "past and future wage loss."

| Party Represented | Signatures | Date |
|---|---|---|
| Plaintiffs | | 8/6/08 |
| Defendants | | 7/31/08 |

### ORDER OF REFERENCE

   IT IS ORDERED that this case be referred to Hon. Henry Pitman, United States Magistrate Judge, to conduct all proceedings and order the entry of an order in accordance with 28 U.S.C. §636c and Fed.R.Civ.P. 73.

8/4/08
Date

Unites States District Judge